UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| DAVID L. THOMPSON | ) | CASE NO. 10-74902 |
| BRENDA S. THOMPSON | ) | |
| | ) | |
| Debtor(s). | ) | |

**TRUSTEE'S RESPONSE TO DEBTOR(S)' PROPOSED AMENDED MODIFICATION OF CHAPTER 13 PLAN**

The debtor(s)' Proposed Amended Modification of Chapter 13 Plan is set for hearing on 2/7/2014 at 9:00 a.m.

1. Relevant case information:
   - A. Date case filed ................................................................ 9/30/10
   - B. Total needed to complete plan .......................................... $ 54,411.00
   - C. Total paid in .................................................................. $ 27,338.00
   - D. Balance due .................................................................. $ 27,073.00
   - E. Payments monthly/direct.................................................. $     899.00
   - F. Plan percentage (approximately) ....................................... 36%
   - G. Months left to complete..................................................... 30

*Figures contained herein are not payoff figures. A payoff letter must be requested in writing from the Trustee's office.

2. The proposed modification results in the following:
   - ☒ Reduction of payment from $ 899 per month to $59 per month for the months of January and February, 2014 then increase to $644 per month for the remaining 19 months of the plan effective March, 2014.
   - ☐ Increase in percentage to unsecured claimants from _____ to _____.
   - ☐ Increase in length of plan term from _ to ____ months.
   - ☒ Other changes: Reduce base amount to $47,670

3. Reason for proposed modification: Reduction in income and increase in expenses.
4. Trustee's recommendation:
   - A. ☒ The trustee objects to the proposed modification for the following reasons:
     - ☐ The proposed modification is not feasible.
     - ☒ The proposed modification will not complete within 60 months [11 USC 1325(a)(4)]. Plan payment would need to be $824 per month commencing March, 2014 and continuing through plan completion.
     - ☐ The proposed modification fails to meet the liquidation value [11 USC (a)(4)].
     - ☒ The proposed modification fails to provide for all the debtor(s)' disposable income [11USC 1325(b)(1)] Trustee needs proof of additional food & housing expenses and explanation as to why they are reasonable and necessary.
       (i.e. luxury item, unreasonable expenses, etc.) and, as a result, the debtor(s) has/have failed to file a Chapter 13 Plan in good faith [11 USC 1325(a)].
     - ☒ The debtor(s) has/have failed to cooperate with the trustee [11 USC 521(3)] as the following document(s) was/were not provided:
       - ☐ Tax returns

- ☐ Paycheck stubs
- ☐ Profit and Loss Statements
- ☒ Other:
  - ☒ Need proof of additional monthly housing and food expenses for $1218.
  - ☒ Need proof of pension.

B. ☐ The trustee has no objection to the proposed modification.

WHEREFORE, the trustee objects to the proposed modification of the Chapter 13 Plan.

/s/Fiona Whelan
FIONA WHELAN, Attorney for
LYDIA S. MEYER, Trustee

STATE OF ILLINOIS )
) SS
COUNTY OF WINNEBAGO )

I, the undersigned being first duly sworn on oath, depose and state that I served the above by faxing a correct copy of said document to Debtor(s)' attorney as follows: **Attorney Henry Repay;** and by filing electronically with the Clerk of the United States Bankruptcy Court a true and correct copy of said document(s) on 2/21, 2014.

/s/Cynthia K. Burnard

LYDIA S. MEYER, Trustee
308 West State Street, Suite 212
Post Office Box 14127
Rockford, IL 61105-4127
Telephone: 815/968-5354
Fax: 815/968-5368